SHERRI L. SCHWEITZER, COUNTY COUNSEL
BY:   WILLIAM H. KENNEY, ASSISTANT COUNTY COUNSEL
      ATTORNEY ID#: 9179
      520 MARKET STREET – 14TH FLOOR COURTHOUSE
      CAMDEN, NEW JERSEY 08102-1375
      (856) 225-5543
<u>ATTORNEYS FOR DEFENDANT, COUNTY OF CAMDEN AND CAMDEN COUNTY SHERIFF'S DEPARTMENT</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENN KINGSBURY, Individually and in in his capacity as Executor of the ESTATE OF JOHN KINGSBURY, deceased : | CIVIL ACTION |
| *Plaintiff(s)* : | |
| vs. : | CIVIL ACTION NO. 1:13-cv-07912 |
| CAMDEN COUNTY SHERIFF'S DEPARTMENT; CAMDEN COUNTY; LAUREN KOHL; MICHAEL CASTRO; JOHN DOES 1-5; individually and/or in their official capacities, jointly, severally : and in the alternative | |
| : | **AFFIDAVIT OF KEVIN CUNANE, SERGEANT** |
| *Defendant(s)* : | |

Kevin Cunane, of full age, being duly sworn upon his oath, deposes and says:

1. I am a Sergeant in the Camden County Sheriff's Office and have been assigned to Internal Affairs since May 25, 2009.
2. In my capacity in IA, I am familiar with the allegations in both the civil action captioned above and the criminal matter styled <u>State v. Castro</u> in Atlantic County.
3. Sheriff's Officers, including Lauren Kohl, a defendant in this matter, are issued service weapons, and records of issue and use are kept by the Department.
4. Lauren Kohl was issued a Sig Sauer, Model P220, .45 caliber with serial No. G323388 on November 3, 2010.
5. Lauren Kohl turned this weapon in for a new service weapon on August 14, 2013.

6. Our own internal affairs investigation showed that Plaintiff's decedent was killed with a .38 caliber weapon – later identified by ballistics testing as a Ruger LCP .380 caliber handgun owned by Lauren Kohl.

7. The Sheriff's Department has never issued a .380 caliber weapon to Lauren Kohl.

8. The identified .380 caliber Ruger has never been in the possession, custody or control of the Camden County Sheriff's Department.

9. As part of our Internal Affairs investigation, we received and reviewed the Winslow Township Police Department investigative report showing Defendant Kohl reported two personal weapons either lost or stolen on February 19, 2012. That two-page report is attached as Exhibit 1.

KEVIN CUNANE, SERGEANT
Camden County Sheriff's Office

Sworn and subscribed to
Before me this 18th day of
February, 2014.

Notary Public
State of New Jersey
Joann Beebe
My Commission Expires April 26, 2014

WINSLOW PD 2/21/12 2:07 PM WINSLOW TOWNSHIP POLICE DEPT INVESTIGATIVE REPORT

| 1. Complaint Number | 2. Mun. Code | Phone Number | 4. UCR | 21. Prosecutor's Case Num | 22. Criminal Case Number |
|---|---|---|---|---|---|
| 2012-008549 | NJ0043600 | (609) 561-3300 | | | |

| 5. Crime/Incident | 6. NJS | 23. Victim's Name (First, Middle, Last) | | | |
|---|---|---|---|---|---|
| THEFT / LARCENY | 2C:20-3 | LAUREN KOHL | | | |
| | | Social Security Number | 24. D.O.B. | 25. Sex | 26. Race |
| | | 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 | 02/20/1978 | F | WHITE |

| DATE | 7. Between | 8. Hour | 9. Day | 10. Mo. | 11. Date | 12. Yr. | Victim(s) Home Address | Phone |
|---|---|---|---|---|---|---|---|---|
| AND | ☑ | 20:00 | Sat | Dec | 24 | 11 | 5 OAK FOREST DRIVE SICKLERVILLE NJ 08081 | (856) 875-7480 |
| TIME | | 07:00 | Mon | Feb | 13 | 12 | | |

| 13. Crime/Incident Location | 28. Employer | Phone |
|---|---|---|
| 5 OAK FOREST DRIVE NJ | CAMDEN COUNTY SHERIFF'S D | (856) 225-7561 |

| 14. Municipality | 15. County | 16. Code | 29. Person Reporting Crime/Incident | 30. Date and Time |
|---|---|---|---|---|
| WINSLOW TWP | CAMDEN | 0436 | LAUREN KOHL | 2/19/2012 14:36 |

| 17. Type of Premises | 18. Code | 19. Weapons - Tools | 20. Code | 31. Address | Phone |
|---|---|---|---|---|---|
| SINGLE FAMIL | 21 | UNKNOWN | UNK | 5 OAK FOREST DRIVE SICKLERVILLE NJ 08081 | (856) 875-7480 |

32. Modus Operandi
THE COMPLAINANT IS REPORTING TWO FIRE ARMS MISSING FROM HER RESIDENCE. IT IS UNKNOWN IF THEY ARE LOST OR STOLEN.

| 33. Vehicle | 34. Year | 35. Make | 36. Body Type | 37. Color | 38. Registered Number & State | 39. Serial Number or Identification |
|---|---|---|---|---|---|---|
| | | | | | | |

| VALUE STOLEN PROPERTY | 40. Currency | 41. Jewelry | 42. Furs | 43. Clothing | 44. Auto | 45. Misc. $955.00 |
|---|---|---|---|---|---|---|

| 46. Total Value Stolen | 47. Total Value Recovered | 48. S.C.I.C. # | 49. Computer Msg. | 50. Technician - Agency |
|---|---|---|---|---|
| $955.00 | | | | |

| 51. OLN # | 52. LIS | 53. N.C.I.C. # | 57-62. Evidence Found |
|---|---|---|---|
| | | G232631303 | |

54-56. Witness

List Accused. List and Identify Additional Victims: Describe Perpetrators or Suspects; Action Taken Include Findings and Observations of Investigator; Physical Evidence Found; Where By Whom; Disposition and Technical Services Performed; Interview of Victims; Persons Contacted; Accused Suspects' List; Describe Stolen Property; Value; Court Action; Attached Statements.

| 63. No. of Accused | 64. Adult | 65. Juvenile | 66. Status Crime | 67. Status Case | 68. UCR Status | 69. Date Cleared |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | ACTIVE | INVEST | Month Yr. | |

| 70. Name | Address | 71. Age | 72. Sex | 73. Race | 74. DOB |
|---|---|---|---|---|---|

[FIREARM] ONE RUGER LCP .380 HANDGUN SERIAL NUMBER 37201647 NCIC#G232631303
[FIREARM] ONE KAHR .40 STAINLESS HANDGUN SERIAL NUMBER DF1806 NCIC#G582634371

ON 02/19/2012 AT 1436 HRS I WAS DISPATCHED TO 5 OAK FOREST DRIVE FOR A LOST OR POSSIBLY STOLEN FIREARMS REPORT. UPON ARRIVAL, I MET WITH LAUREN KOHL WHO WAS STANDING IN FRONT OF THE RESIDENCE. KOHL REPORTED THE FOLLOWING INFORMATION TO ME:

KOHL FIRST STATED TO ME THAT SHE IS EMPLOYED BY THE CAMDEN COUNTY SHERIFF DEPARTMENT AS A SHERIFF OFFICER. KOHL STATED SHE NOTICED THAT TWO OF HER OFF DUTY FIREARMS ARE MISSING. SHE DID NOT OBSERVE ANY FORCED ENTRY AND DID NOT FEEL LIKE THERE WAS A BURGLARY AT HER RESIDENCE. THE FOLLOWING IS THE REPORTED TIME LINE FOR THIS INCIDENT:

-12/24/2011 KOHL WAS HEADING INTO THE CITY OF PHILADELPHIA AND CARRIED HER RUGER LCP .380 HANDGUN

| 75. Name | 76. Badge Number | 77. Page 1 of 2 Pages | 78. Date of Report | 79. Reviewed By |
|---|---|---|---|---|
| PTLM JAMES HAINES | 206 | | Feb 21, 2012 | LT R OSTERMUELL |
| Signature | | 80. | 81. | 82. |

| WINSLOW TWP POLICE DEPT | | | CONTINUATION PAGE |
|---|---|---|---|
| 1. Complaint Number 2012-008549 | 21. Prosecutor's Case Number | | 2. Criminal Case Number |

WITH HER. WHEN SHE RETURNED HOME SHE THINKS SHE PLACED THE GUN BACK IN HER SAFE BUT WAS NOT SURE.

--01/01/2012 TO 01/15/2012 KOHL WAS ON VACATION AND NO ONE WAS TO BE AT HER RESIDENCE.

--02/13/2012 KOHL WAS TO REPORT TO THE RANGE FOR QUALIFICATION. KOHL ATTEMPTED TO LOCATE HER OFF DUTY WEAPONS AND NOTICED THAT THE ABOVE LISTED WEAPONS WERE MISSING. KOHL BRIEFLY SEARCHED FOR THEM AND WHEN SHE COULDN'T FIND THEM SHE TOOK A DIFFERENT OFF DUTY (A TAURUS .40) TO THE RANGE TO QUALIFY. AFTER THE RANGE, SHE CONTINUED TO LOOK FOR THE MISSING GUNS.

--02/15/2012 KOHL NOTICED THAT HER REAR SLIDING DOOR WAS UNLOCKED BUT NOT OPEN. KOHL FELT THIS WAS ODD BECAUSE SHE NEVER USES THIS DOOR. KOHL STATED THAT THE DOOR COULD HAVE BEEN UNLOCKED FOR SOME TIME BECAUSE SHE NEVER USES THAT DOOR. KOHL CALLS OUT OF WORK CONTINUE TO LOOK FOR THE WEAPONS NOW WITH THE ASSISTANCE OF HER MOTHER.

--02/16/2012 KOHL IS UPSET ABOUT THE WEAPONS BEING MISSING AND CALLS OUT OF WORK.

--02/19/2012 AT APPROXIMATELY 1400 HRS KOHL CONTACTS HER INTERNAL AFFAIRS DEPT AT WORK TO ADVISE THEM SHE IS MISSING TWO WEAPONS. INTERNAL AFFAIRS TAKES THE REPORT AND ADVISES HER TO CONTACT WINSLOW POLICE.

I ASKED KOHL WERE THE GUNS WERE SPECIFICLY LOCATED IN THE RESIDENCE AND SHE ADVISED SHE IS NOT SURE. THE WEAPONS WERE IN THE SAFE AT ONE POINT BUT WERE REMOVED BECAUSE HER MOTHER WANTED TO LOOK AT JEWELRY IN THE SAFE AND IS AFRAID OF GUNS. THE GUNS WERE PLACED UNDER HER NIGHT STAND AT THAT POINT. KOHL ADVISED ME SHE LIVES ALONE AND HAS GUNS IN SEVERAL PLACES THROUGH OUT THE RESIDENCE, THIS IS WHY KOHL TOOK SO LONG TO REPORT THE GUNS MISSING. I ASKED ABOUT THE POSSIBILITY OF A BURGLARY AND SHE STATED THAT SOMEONE COULD HAVE ENTERED THE RESIDENCE THROUGH THE UNLOCKED REAR DOOR AND REMOVE THE TWO GUNS. THE GUNS WERE MOST LIKELY IN HER BEDROOM AND THERE WERE NO OTHER ITEMS MISSING FROM THE RESIDENCE. THERE ARE THREE OTHER GUNS INSIDE OF THE RESIDENCE ONE WHICH WAS NOT SECURED IN A SAFE IN HER BEDROOM. KOHL ALSO STATED SHE HAS A MEDIUM SIZED DOG THAT BARKS AT SUBJECTS WHO COME NEAR THE RESIDENCE. KOHL STATED THAT HER MOTHER AND A CO WORKER FROM THE SHERIFF DEPT ARE THE ONLY PEOPLE WITH KEYS TO THE RESIDENCE. KOHL DOES NOT HAVE ANY SUSPECTS IN MIND THAT WOULD HAVE POSSIBLY ENTERED THE RESIDENCE AND REMOVE THE GUNS. I PROVIDED KOHL WITH A COPY OF THE CASE NUMBER AND MY INFORMATION. KOHL SIGNED THE NCIC ENTRY PAPERWORK FOR THE FIREARMS AND I CLEARED THE SCENE.

I RESPONDED TO POLICE HEADQUARTERS TO ENTER THE GUNS INTO NCIC AS STOLEN. THE GUNS WERE ENTERED (SEE ATTACHED NCIC PAPERWORK). THIS CASE IS PENDING FURTHER INVESTIGATION.

| 75. Name PTLM JAMES HAINES | 76. Badge Number 206 | 77. Page 2 of 2 Pages | 78. Date of Report Feb 21, 2012 | 79. Reviewed By LT R OSTERMUELL |
|---|---|---|---|---|
| Signature | | 80. | 81. | 82. |